IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ABRAHAM MACIAS, Institutional ID No. 33007-044, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:13-CV-00160-C |
| K. DIXON, Warden, *et al.*, | § § § | |
| Defendants. | § | ECF |

## ORDER

Plaintiff Abraham Macias, acting *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 on July 23, 2013, and was subsequently granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(b). Plaintiff alleges that the named defendants were deliberately indifferent to his serious medical needs and he requested injunctive relief and monetary damages. The Defendants have not filed an answer.

On August 23, 2013, the complaint was transferred to the docket of the United States Magistrate Judge, who conducted an evidentiary hearing pursuant to *Spears v. McCotter*, 766 F.2d 179, 181-82 (5th Cir. 1998) on October 22, 2013. Because Plaintiff failed to consent to the jurisdiction of the Magistrate Judge, she completed the preliminary screening pursuant to 28 U.S.C. §§ 1915 and 1915A, filed a Report and Recommendation on November 15, 2013, and transferred the complaint back to this Court. Plaintiff did not file a reply or objections to the Report and Recommendation.

The undersigned District Judge has made an independent examination of the record in this case and finds that the Magistrate Judge's findings and conclusions should be ADOPTED.

The Court further notes that to the extent that Plaintiff seeks injunctive relief, his complaint should be dismissed as moot because he was released from the Giles W. Dalby Correctional Facility on April 11, 2014. *See* Exhibit I, attached.

It is, therefore, **ORDERED**:

(1) All claims alleged in Civil Action No. 5:13-CV-00160-C against the Giles W. Dalby Correctional Facility and its employees are DISMISSED with prejudice as frivolous and for failure to state a claim.

(2) Any pending motions are DENIED.

(3) This dismissal shall count as a qualifying dismissal under 28 U.S.C. § 1915 and *Adepegba v. Hammons,* 103 F.3d 383 (5th Cir. 1996).

(4) The dismissal of Plaintiff's complaint does not release Plaintiff or the institution where he is incarcerated from the obligation to pay any filing fee previously imposed. *See* 28 U.S.C. § 1915(b)(1) ("Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner **shall be required to pay the full amount of a filing fee**.") (emphasis added); *Hatchet v. Nettles,* 201 F.3d 651, 654 (5th Cir. 2000) ("No relief from an order directing payment of the filing fee should be granted for a voluntary dismissal.").

(5) Plaintiff is advised that if he appeals this Order, he will be required to pay the appeal fee of $505.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate Trust Account at the same time he files his notice of appeal.

Judgment shall be entered accordingly.

Dated May 14, 2014.

SAM R. CUMMINGS
United States District Judge

# EXHIBIT I

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number** | Find By Name

Type of Number: BOP Register Number
Number: 33007-044
[Search]

Result using number **33007-044**                                    Clear Form

## ABRAHAM DARIO MACIAS-OCHOA

**Register Number:** 33007-044

Age:   34
Race:  White
Sex:   Male

**Related Links**
Call or email
Send mail/package
Send money
Visit
Voice a concern

**Released On:** 04/11/2014

About the inmate locator & record availability

---

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Ex-Offenders
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government